**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar # 068687)
norm@bamlaw.cam
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
Jeffrey S. Herman (State Bar #280058)
jeffrey@bamlawca.com
Sergio J. Puche (State Bar #289437)
sergiojulian@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232
Firm Website: http://www.bamlawca.com

Attorneys for Plaintiff, CHRISTOPHER RHYNES

*[Additional Counsel on the Next Page]*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CHRISTOPHER RHYNES, an individual, on behalf of herself and on behalf of all persons similarly situated

Plaintiff,

vs.

PCA CENTRAL CALIFORNIA CORRUGATED, LLC, a Limited Liability Company; PACKAGING CORPORATION OF AMERICA, a Corporation; SACRAMENTO CONTAINER CORPORATION, a Corporation; and DOES 1 through 50, inclusiv

Defendants.

Case No. **2:26-CV-01552-DJC-CKD**

**JOINT STIPULATION TO STAY ACTION PENDING MEDIATION AND ORDER**

Judge: Hon. Daniel J. Calabretta
Location: 7, 14th Floor

Action Filed: February 17, 2026
Action removed: April 15, 2026

Steven A. Groode, Bar No. 210500
sgroode@littler.com
Gonzalo Morales, Bar No. 334944
gmorales@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendants,
PCA CENTRAL CALIFORNIA CORRUGATED, LLC and PACKAGING CORPORATION OF AMERICA

Plaintiff CHRISTOPHER RHYNES ("Plaintiff"), and Defendants PCA CENTRAL CALIFORNIA CORRUGATED, LLC and PACKAGING CORPORATION OF AMERICA ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, having met and conferred, hereby enter into this Stipulation to jointly request the court stay the action until after a scheduled mediation according to the following terms:

WHEREAS, on February 17, 2026, Plaintiff filed his Complaint in this action in the Superior Court of California, County of Sacramento (the "Action");

WHEREAS, on April 15, 2026, Defendants removed this Action to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § § 1331, 1332(d), 1441(a), and 1446;

WHEREAS, on May 15, 2026, Plaintiff filed a Motion to Remand Case to State Court which was denied on August 3, 2026;

WHEREAS, on August 18, 2026, Defendants filed a Motion to Consolidate this action with Plaintiff's separately filed representative action pending before this Court, Case No. 2:26-cv-02635-DJC-CKD (the "PAGA Action"), which the Court ordered submitted without appearance and oral argument pursuant to Local Rule 230(g);

WHEREAS, the Parties have agreed to a global mediation of this matter and the PAGA Action, and will be participating in a private mediation with experienced wage and hour mediator Steve Mehta on April 06, 2027. The Parties have further agreed to informally exchange data, records, and other information necessary to meaningfully mediate this matter;

WHEREAS, the Parties submit that it would promote judicial efficiency and save the Parties' time and resources to stay this Action pending the Parties' April 06, 2027, mediation;

WHEREAS, the Parties have agreed that, to the extent mediation does not result in a signed Memorandum of Understanding, (1) Defendants shall serve responses to Plaintiff's first set of written discovery requests by May 6, 2027; (2) Plaintiff shall serve responses to Defendants' first set of written discovery requests by May 6, 2027;

and (3) the Parties will exchange dates of availability for the deposition of Plaintiff and the deposition of Defendants' Person(s) Most Knowledgeable, by May 21, 2027;

WHEREAS, to the extent the mediation is cancelled by one or more of the Parties, the Parties will promptly notify the Court of the cancellation and the stay shall be lifted, at which time: (1) Defendants shall serve responses to Plaintiff's first set of written discovery requests within thirty (30) days from the date the stay is lifted; (2) Plaintiff shall serve responses to Defendants' first set of written discovery requests within thirty (30) days from the date the stay is lifted; and (3) the Parties will exchange dates of availability for the deposition of Plaintiff and the deposition of Defendants' Person(s) Most Knowledgeable within forty-five (45) days from the date the stay is lifted;

WHEREAS the Parties request that the Court set a Scheduling Conference approximately thirty days after the Parties' April 6, 2027, mediation;

WHEREAS, Defendants agree not to initiate contact with any putative Class Member during the pendency of this stay of proceedings for purposes of attempting to resolve directly with them claims pending in the Class Action;

WHEREAS, the Parties agree that good cause exists for the Court to stay this matter; and

WHEREAS, the Parties agree to file a joint post-mediation status report within thirty (30) days of the mediation session to report on the outcome of the mediation.

THEREFORE, the Parties hereby stipulate and agree that the Court should stay this matter until thirty (30) days after the Parties' scheduled mediation session and that the Parties will file a joint post-mediation status report within thirty (30) days of the mediation session to report on the outcome of the mediation.

IT IS SO STIPULATED.

Signatures on Following Page.

Dated: October 26, 2026 BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By: /s/ Trevor G. Moran
Jeffrey S. Herman
Sergio Julian Puche
Trevor G. Moran

Attorneys for Plaintiff

Dated: October 26, 2026 LITTLER MENDELSON, P.C.

By: /s/ Steven A. Groode
Steven A. Groode
Gonzalo Morales
Attorneys for Defendants

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

Dated: October 26, 2026 BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By: /s/ Trevor G. Moran
Jeffrey S. Herman
Sergio Julian Puche
Trevor G. Moran

Attorneys for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, and based upon the stipulation of the parties, it is hereby ordered that:

1. This Action is stayed until thirty (30) days after the Parties' scheduled mediation session on April 6, 2027, and that the Parties will file a joint post-mediation status report within thirty (30) days of the mediation session to report on the outcome of the mediation;

3. To the extent the mediation is cancelled by one or more of the Parties, the Parties will promptly notify the Court of the cancellation and the stay shall be lifted, at which time: (1) Defendants shall serve responses to Plaintiff's first set of written discovery requests within thirty (30) days from the date the stay is lifted; (2) Plaintiff shall serve responses to Defendants' first set of written discovery requests within thirty (30) days from the date the stay is lifted; and (3) the Parties will exchange dates of availability for the deposition of Plaintiff and the deposition of Defendants' Person(s) Most Knowledgeable within forty-five (45) days from the date the stay is lifted;

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: October 26, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE